In the Matter of the Claim of DENNIS SHEEHAN, Appellant, against BOARD OF TRUSTEES OF THE VILLAGE OF SCHUYLERVILLE and GLENS FALLS INDEMNITY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion by the employer and the insurance carrier for leave to appeal to the Court of Appeals and for the certification of proposed question, denied. Hill, P. J., Rhodes and Heffernan, JJ., concur; McNamee and Crapser, JJ., dissent, and vote to permit appeal to the Court of Appeals and the certification of the question proposed. Cross-motion by the claimant for amendment of the decision, and the order entered thereon, so as to recite that the reversal was solely on the law, the facts not having been considered. Motion denied. [See ante, p. 148.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HENRY R. DECKER, Respondent, v. GEORGE CANZONERI, Appellant. TONY CANZONERI, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. C. & W. CONSTRUCTION Co., INC., and CONTINENTAL CASUALTY COMPANY, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

MARINE MIDLAND TRUST COMPANY OF BINGHAMTON, as Trustee of the BYRON STANFORD TRUST, Respondent, v. MARGARET EDITH STANFORD, Individually, and as Administratrix, etc., of BYRON STANFORD, Deceased, Appellant; WILLIAM BYRON STANFORD and Others, Respondents; ISABEL STANFORD and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ARCHIE B. JONES, Appellant, v. CITY OF BINGHAMTON, Respondent. EVERETTE E. ALLEN, Appellant, v. CITY OF BINGHAMTON, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents.

GUY W. MYERS, Appellant, Respondent, v. ANDREW JENSEN and JOHN RICHARDS, Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.